745 A.2d 1212

STEVEN MOZER, PLAINTIFF–PETITIONER, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, DEFENDANT–RESPONDENT.

October 27, 1999.

Petition for certification is summarily remanded to the Appellate Division to reconsider in light of the documentary evidence proferred by petitioner in support of his petition for certification.

Jurisdiction is not retained.

745 A.2d 1212

HELEN KASPER, PETITIONER–PETITIONER, v. BOARD OF TRUSTEES, THE TEACHER PENSION & ANNUITY FUND, RESPONDENT–RESPONDENT.

November 19, 1999.

Granted.